## DAVID DUBOIS *v.* WILLIAM W. BACKUS HOSPITAL

The plaintiff's petition for certification for appeal from the Appellate Court, 92 Conn. App. 743 (AC 24694), is denied.

*Conrad Ost Seifert,* in support of the petition.

*Dana M. Horton,* in opposition.

Decided April 25, 2006

## MARK BROWN ET AL. *v.* BRIGHT CLOUDS MINISTRIES, INC., ET AL.

## MARK BROWN ET AL. *v.* T.N.T. LIMITED LIABILITY COMPANY ET AL.

The petition by the named plaintiff, Mark Brown, for certification for appeal from the Appellate Court, 94 Conn. App. 181 (AC 25291), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher* and *Hugh D. Hughes,* in support of the petition.

*Andrew S. Turret,* in opposition.

Decided April 25, 2006